Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–32827–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Julia Deni
　11 Gilbert Avenue
　Westville, NJ 08093

Social Security No.:
　xxx–xx–6302

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

　　NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:　　10/27/16
Time:　　02:00 PM
Location:　　4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

　　The following applications for compensation have been filed:

APPLICANT(S)
S. Daniel Hutchison, Debtor's Attorney

COMMISSION OR FEES
Fee: $1200.00

EXPENSES
Expenses: $144.68

Creditors may be heard before the applications are determined.

　　In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: September 28, 2016
JJW: def

　　　　　　　　　　　　　　　　　　　　　　　　James J. Waldron
　　　　　　　　　　　　　　　　　　　　　　　　Clerk