Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−32827−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Julia Deni
  11 Gilbert Avenue
  Westville, NJ 08093

Social Security No.:
  xxx−xx−6302

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    10/27/16
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
S. Daniel Hutchison, Debtor's Attorney

COMMISSION OR FEES
Fee: $1200.00

EXPENSES
Expenses: $144.68

Creditors may be heard before the applications are determined.

  In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 28, 2016
JJW: def

                                                                                James J. Waldron
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-32827-JNP
Julia Deni                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Sep 28, 2016
                              Form ID: 137             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
db             +Julia Deni,    11 Gilbert Avenue,    Westville, NJ 08093-9723
515887010      +Chase Bank,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
515887011       Chase Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
515887013       Fulton Bank,    Cardmember Service,    PO Box 6335,    Fargo, ND 58125-6335
515887015       Home Depot,    PO Box 6497,   Sioux Falls, SD 57117-6497
515887016      +Home Depot Credit Services,    ATTN Bankruptcy Dept,    POB 790328,    Saint Louis, MO 63179-0328
515984779      +Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
515887021     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,
                 ATTN Bankruptcy Department,    PO Box 245,    Trenton, NJ 08695)
515887020      +South Atlantic FCU,    Cardmember Services,    PO Box 3080,    Tallahassee, FL 32315-3080
515887019       South Atlantic FCU,    One W Camino Real Ste 110,    Boca Raton, FL 33432-5966
515887012     +++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  Elan Financial,    PO Box 108,    Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2016 23:03:46       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2016 23:03:43        United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515887009       E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 22:55:44       Care Credit / GEMB,
                 Attn: Bankruptcy Dept,    POB 981127,    El Paso, TX 79998-1127
515887014      +E-mail/Text: bankruptcy@fult.com Sep 28 2016 23:04:47       Fulton Bank of New Jersey,
                 Attn Bankruptcy Dept,    533 Fellowship Road,    Mount Laurel, NJ 08054-3411
515887017       E-mail/Text: camanagement@mtb.com Sep 28 2016 23:03:30       Hudson City Savings Bank,
                 Mortgage Servicing Department,    W. 80 Century Road,    Paramus, NJ 07652-1478
515887018       E-mail/Text: cio.bncmail@irs.gov Sep 28 2016 23:03:15       Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515942982       E-mail/Text: camanagement@mtb.com Sep 28 2016 23:03:30       M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
516106867       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2016 22:56:20
                 Portfolio Recovery Associates, LLC,    c/o Elan Fulton Bank,    POB 41067,    Norfolk VA 23541
516105369       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2016 23:13:21
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515887023      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 22:56:36       Synchrony Bank,
                 170 Election Road, Suite 125,    Draper, UT 84020-6425
515887022      +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2016 22:55:44       Synchrony Bank,
                 Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
515887024      +E-mail/Text: bankruptcy@td.com Sep 28 2016 23:03:47       TD Bank,    Loan Operations,
                 32 Chestnut Street,    Lewiston, ME 04240-7744
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 2 of 2                  Date Rcvd: Sep 28, 2016
                              Form ID: 137                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2016 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   M&T BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Debtor Julia  Deni sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
                                                                                             TOTAL: 4
```