Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–32827–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Julia Deni
    11 Gilbert Avenue
    Westville, NJ 08093

Social Security No.:
    xxx–xx–6302

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 5, 2016.

On November 23, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                January 4, 2017
Time:                 09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 28, 2016
JJW: def

James J. Waldron
Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 15-32827-JNP
Julia Deni                                                               Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2               Date Rcvd: Nov 28, 2016
                              Form ID: 185                Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Julia Deni,    11 Gilbert Avenue,    Westville, NJ 08093-9723
515887010      +Chase Bank,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
515887011       Chase Bank One Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
515887013       Fulton Bank,    Cardmember Service,    PO Box 6335,    Fargo, ND 58125-6335
515887015       Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
515887016      +Home Depot Credit Services,    ATTN Bankruptcy Dept,    POB 790328,    Saint Louis, MO 63179-0328
515984779      +Midland Credit Management Inc as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
515887021      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,
                 ATTN Bankruptcy Department,    PO Box 245,    Trenton, NJ 08695)
515887020      +South Atlantic FCU,    Cardmember Services,    PO Box 3080,    Tallahassee, FL 32315-3080
515887019       South Atlantic FCU,    One W Camino Real Ste 110,    Boca Raton, FL 33432-5966
515887012      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Elan Financial,    PO Box 108,    Saint Louis, MO 63166)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2016 22:42:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2016 22:41:57      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515887009       E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2016 02:07:08      Care Credit / GEMB,
                 Attn: Bankruptcy Dept,    POB 981127,    El Paso, TX 79998-1127
515887014      +E-mail/Text: bankruptcy@fult.com Nov 28 2016 22:42:53      Fulton Bank of New Jersey,
                 Attn Bankruptcy Dept,    533 Fellowship Road,    Mount Laurel, NJ 08054-3411
515887017       E-mail/Text: camanagement@mtb.com Nov 28 2016 22:41:47      Hudson City Savings Bank,
                 Mortgage Servicing Department,    W. 80 Century Road,    Paramus, NJ 07652-1478
515887018       E-mail/Text: cio.bncmail@irs.gov Nov 28 2016 22:41:33      Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515942982       E-mail/Text: camanagement@mtb.com Nov 28 2016 22:41:47      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
516106867       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2016 22:43:37
                 Portfolio Recovery Associates, LLC,    c/o Elan Fulton Bank,    POB 41067,    Norfolk VA 23541
516105369       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2016 22:57:07
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
515887023      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2016 02:07:08      Synchrony Bank,
                 170 Election Road, Suite 125,    Draper, UT 84020-6425
515887022      +E-mail/PDF: gecsedi@recoverycorp.com Nov 29 2016 02:07:08      Synchrony Bank,
                 Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
515887024      +E-mail/Text: bankruptcy@td.com Nov 28 2016 22:42:02      TD Bank,    Loan Operations,
                 32 Chestnut Street,    Lewiston, ME 04240-7744
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                    Page 2 of 2                    Date Rcvd: Nov 28, 2016
                               Form ID: 185                   Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joshua I. Goldman     on behalf of Creditor    M&T BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              S. Daniel Hutchison     on behalf of Debtor Julia  Deni sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;sdhlawpara2@outlook.com
                                                                                             TOTAL: 4
```