**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Julia Deni | Social Security number or ITIN   xxx–xx–6302 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–32827–JNP | |

## Order of Discharge                                                                                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Julia Deni

9/8/20                                                                                                                 **By the court:** Jerrold N. Poslusny Jr.
                                                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                                                            **Chapter 13 Discharge**                                                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                      United States Bankruptcy Court
                            District of New Jersey
In re:                                                         Case No. 15-32827-JNP
Julia Deni                                                     Chapter 13
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 2       Date Rcvd: Sep 08, 2020
                             Form ID: 3180W           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db             +Julia Deni,    11 Gilbert Avenue,    Westville, NJ 08093-9723
515887016      +Home Depot Credit Services,     ATTN Bankruptcy Dept,    POB 790328,    Saint Louis, MO 63179-0328
515984779      +Midland Credit Management Inc as agent for,     MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren MI 48090-2011
515887021     ++STATE OF NEW JERSEY,     DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,
                 ATTN   Bankruptcy Department,    PO Box 245,    Trenton, NJ 08695)
515887020      +South Atlantic FCU,    Cardmember Services,    PO Box 3080,   Tallahassee, FL 32315-3080
515887019       South Atlantic FCU,    One W Camino Real Ste 110,    Boca Raton, FL 33432-5966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2020 23:39:03      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2020 23:39:02      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515887009       EDI: RMSC.COM Sep 09 2020 03:13:00      Care Credit / GEMB,    Attn: Bankruptcy Dept,
                 POB 981127,    El Paso, TX 79998-1127
515887013       EDI: USBANKARS.COM Sep 09 2020 03:18:00      Fulton Bank,    Cardmember Service,    PO Box 6335,
                 Fargo, ND 58125-6335
515887014      +E-mail/Text: bankruptcy@fult.com Sep 08 2020 23:39:36      Fulton Bank of New Jersey,
                 Attn  Bankruptcy Dept,    533 Fellowship Road,    Mount Laurel, NJ 08054-3411
515887015       EDI: CITICORP.COM Sep 09 2020 03:13:00      Home Depot,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
515887017      +E-mail/Text: camanagement@mtb.com Sep 08 2020 23:38:51      Hudson City Savings Bank,
                 Mortgage Servicing Department,    W. 80 Century Road,    Paramus, NJ 07652-1437
515887018       EDI: IRS.COM Sep 09 2020 03:13:00      Internal Revenue Service,
                 Centralized Insolvency Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515887010       EDI: JPMORGANCHASE Sep 09 2020 03:13:00      Chase Bank,    800 Brooksedge Blvd.,
                 Westerville, OH 43081
515887011       EDI: JPMORGANCHASE Sep 09 2020 03:13:00      Chase Bank One Card Services,     PO Box 15298,
                 Wilmington, DE 19850-5298
515942982       E-mail/Text: camanagement@mtb.com Sep 08 2020 23:38:51      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
516106867       EDI: PRA.COM Sep 09 2020 03:13:00      Portfolio Recovery Associates, LLC,
                 c/o Elan Fulton Bank,    POB 41067,    Norfolk VA 23541
516105369       EDI: PRA.COM Sep 09 2020 03:13:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
515887023      +EDI: RMSC.COM Sep 09 2020 03:13:00      Synchrony Bank,    170 Election Road, Suite 125,
                 Draper, UT 84020-6425
515887022      +EDI: RMSC.COM Sep 09 2020 03:13:00      Synchrony Bank,    Bankruptcy Department,    PO Box 965060,
                 Orlando, FL 32896-5060
515887024       EDI: TDBANKNORTH.COM Sep 09 2020 03:18:00      TD Bank,    Loan Operations,    32 Chestnut Street,
                 Lewiston, ME 04240
515887012       EDI: USBANKARS.COM Sep 09 2020 03:18:00      Elan Financial,    PO Box 108,
                 Saint Louis, MO 63166
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1              User: admin                   Page 2 of 2                    Date Rcvd: Sep 08, 2020
                                  Form ID: 3180W                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    M&T BANK josh.goldman@padgettlawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              S. Daniel Hutchison    on behalf of Debtor Julia  Deni sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
                                                                                                         TOTAL: 7
```